UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

In re:

| | | |
|---|---|---|
| Darryl Vance Angel | ) | Case No. 1:18-BK-12831-SDR |
| Sandra Kay Angel | ) | |
| Debtor(s) | ) | Chapter 7 |

**OBJECTION TO MOTION TO LIFT STAY**

Comes Jerrold D. Farinash, Trustee, by and through Farinash & Stofan, and hereby objects to the Motion to Lift Stay filed on behalf of Nationastar LLC d/b/a Mr. Cooper (Docket No. 58) on the grounds there appears to be an issue with the legal description in the Deed of Trust. The Order should lift the stay only as to Lot 2, Darryl Angel Property as shown by Plat in Plat Book 2 Page 364.

Respectfully submitted,

FARINASH & STOFAN

By  s/ Jerrold D. Farinash
Jerrold D. Farinash (10220)
Attorneys for Trustee
100 West M L King Blvd., Ste. 816
Chattanooga, TN  37402
jdf@8053100.com
(423) 805-3100

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the **Objection to Motion to Life Stay** was properly served on the following creditors and/or parties at interest by the method indicated and on the date entered below:

Electronically mailed by ECF to all those shown on the Notice of Electronic Filing Receipt issued by the Clerk of Court, and specifically:

U.S. Trustee - Ustpregion08.cn.ecf@usdoj.gov

All remaining creditors and/or parties in interest were serviced via first class United States mail with sufficient postage to ensure deliver to its destination at the address indicated below:

Seth Greenhill, Esq.
Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

Darryl Vance Angel
P.O. Box 898
Pikeville, TN 37367

Sandra Kay Angel
P.O. Box 898
Pikeville, TN 37367

W. Thomas Bible, Jr.
Tom Bible Law
6918 Shallowford Road, Suite 100
Chattanooga, TN 37421


Service was done on: January 31, 2019

                                                                                                                                                                              s/ Jerrold D. Farinash
                                                                                                                                                                               Jerrold D. Farinash