UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

In re:

| | | |
|---|---|---|
| Darryl Vance Angel | ) | Case No. 1:18-BK-12831-SDR |
| Sandra Kay Angel | ) | |
| Debtor(s) | ) | Chapter 7 |

**MOTION FOR ORDER PURSUANT TO RULE 2005**

**NOTICE OF HEARING**

**Notice is hereby given that:**

**A hearing will be held on the this Motion on February 28, 2019, at 11:00 a.m., in Bankruptcy Courtroom B, located at 31 E. 11th Street, Chattanooga, Tennessee 37402.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

**If you do not want the court to grant the relief requested, you or your attorney must attend this hearing. If you do not attend the hearing, the court may decide that you do not oppose the relief sought in this Motion and may enter an order granting that relief.**

Comes Jerrold Farinash, the Chapter 7 Trustee, by and through Farinash & Stofan, pursuant to Rule 2005, FRBP and moves this Honorable Court for an Order requiring the Debtor to attend an 11 U.S.C § 341 meeting of creditors. In support of this Motion, the Movant would respectfully show unto the Court as follows:

1. This case was initially converted to a case under Chapter 7 on December 14, 2018. The first Chapter 7 Meeting of Creditors was set for January 16, 2019 at 12:30 p.m. The Debtors did not attend. The second Meeting of Creditors was set January 30, 2019 at 12:30 p.m. The Debtors

did not attend.

    2.    A Motion for Relief from Stay was recently filed and it appears there is an issue with the legal description on the Deed of Trust involved in the Motion for Relief from Stay.

    3.    The examination of the Debtor is necessary for the proper administration of the estate.

Wherefore, the Trustee requests the Court issue an order directing the debtor to attend the meeting of creditors on March 13, 2019.

Respectfully submitted,

FARINASH &STOFAN

By:     s/ Jerrold D. Farinash
Jerrold D. Farinash (10220)
Attorney for Chapter 7 Trustee
100 West M L King Blvd., Ste. 816
Chattanooga, TN  37402
(423) 805-3100
jdf@8053100.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the MOTION FOR ORDER PURSUANT TO RULE 2005 and Accompanying Order was properly served on the following creditors and/or parties at interest by the method indicated and on the date entered below:

Electronically mailed by ECF to all those shown on the Notice of Electronic Filing Receipt issued by the Clerk of Court, and specifically:

All remaining creditors and/or parties in interest were serviced via first class United States mail with sufficient postage to ensure deliver to its destination at the address indicated below:

Tom Bible
Attorney for the Debtor
6918 Shallowford Rd, Ste. 100
Chattanooga, TN 37421

Darryl Vance Angel
P.O. Box 898
Pikeville, TN 37367

Sandra Kay Angel
P.O. Box 898
Pikeville, TN 37367

Service was done on: January 31, 2019

                                            S/ Jerrold D. Farinash
                                             Jerrold D. Farinash