UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

In re:

| | ) | |
|---|---|---|
| Darryl Vance Angel | ) | Case No.  1:18-BK-12831-SDR |
| Sandra Kay Angel | ) | |
| Debtor(s) | ) | Chapter 7 |

**ORDER**

This matter is before the Court upon the Motion of the Chapter 7 Trustee pursuant to Rule 2005, FRBP, for an order requiring the Debtors to attend a Section 341 meeting of creditors. The Court finds that the Debtors have refused to attend two Section 341 Meeting of Creditors. Accordingly, it is ORDERED that the Debtor attend a Section 341 Meeting of Creditors on March 13, 2019 at 12:30 a.m.

IT IS SO ORDERED.

# # #

APPROVED FOR ENTRY:

By  s/Jerrold D. Farinash
Jerrold D. Farinash (10220)
FARINASH & STOFAN
100 West M L King Blvd., Ste. 816
Chattanooga, TN  37402
jdf@8053100.com
(423) 805-3100